A. BATES BUTLER III
250 N. Meyer Avenue
Tucson, AZ  85701
Telephone:  (520) 624-6200
Fax:  (520) 624-6204
State Bar No.002417
PCC No. 7552
Email:  bates@abbutlerlaw.com

Attorney for Defendant Imperial

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>MARIO IMPERIAL(4), et al.<br><br>Defendant. | No. CR 09-1603 TUC-JMR(JCG)<br><br>**MOTION FOR DISCLOSURE OF ALL STATEMENTS OF DEFENDANTS IMPERIAL AND FRIAS** |

It is expected that excludable delay under 18 U.S.C. Section 3161(h)(1)(F) will occur as a result of this Motion or an Order based thereon.

Defendant Mario Imperial through counsel undersigned requests this court order the Government to produce a copy of the recording and written transcript of the recorded interview he gave on July 2, 2009, after his arrest by Tucson Police Officers in this matter. According to Government Disclosure, Page 43, Detectives Barber and Cheek "conducted a recorded interview with Mario Imperial in an interview room." The report goes on to note that this interview was conducted after Mr. Imperial had been taken to the hospital for medical treatment as a result of a dog bite that occurred as he was being arrested. Mr. Imperial also received a couple of pain injections because of the dog bite, which medication may have had an impact on his comprehension of what he was being asked during the interview. Page 43 of the Government Disclosure contains what Detective

1    Cheek reports to be a synopsis of the recorded interview. It is noted in the synopsis that at
2    first Mr. Imperial indicated that he believed the purpose for breaking into the warehouse
3    was to seize stereo equipment which is what co-defendant Frias indicated in his recorded
4    interview with officers after his arrest according to pages 42 and 43 of Government
5    Disclosure. It is also respectfully requested that the recorded interview of Defendant Frias
6    and the transcript of that interview also be provided by the Government.

7    This motion is supported by the requirements of Rule 16(a)(1)(B) which states that
8    the Government must disclose "any relevant written or recorded statement by the
9    Defendant." Clearly the statement made by Mr. Imperial is such a statement. See also
10   *U.S. v McElroy* 697 F.2nd at 459.

11   The recorded statement of Defendant Marco Frias may also constitute Brady
12   material. There is a significant difference in this case if Defendants, such as Mr. Frias
13   and Mr. Imperial, believed that the purpose for entering the warehouse was to steal
14   electronics rather than marijuana as alleged by the Government *Brady v. Maryland* 373
15   U.S. 83, (1963), *People v. United States* 405 U.S.150, (1972).

16   Another reason for requiring the Government to produce the recorded statement of
17   Defendants Frias and Imperial is that such statements may support a motion to sever their
18   trial from the trial of the other three co-defendants since it appears that Frias and Imperial
19   may have had a different belief as to the object of the burglary.

20   On several occasions undersigned counsel has requested the Government produce
21   the recorded statement of Defendant Imperial along with the transcript of that recording,
22   but to date these requests have gone unanswered, presumably because the Tucson Police
23   Department has failed to provide the recording to the Assistant United States Attorney.
24   Nevertheless, the AUSA Clemens knows that both statements exist and has the authority
25   and ability to order the Tucson Police Department to turn over these statements to her for
26   disclosure for defense counsel.

RESPECTFULLY submitted this 10th day of February, 2010.

                                    Law Office of A. Bates Butler III, LLC

                                    */s/A. Bates Butler III*
                                    A. Bates Butler III
                                    Counsel for Defendant Mario Imperial

Copy electronically provided this 10th day of February, 2010, to:

Shelley Clemens
U.S. Attorney's Office
405 W. Congress, Suite 4800
Tucson, AZ  85701

All defense counsel